AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOE W. AGRICOLA

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-96

JO ANNE B. BARNHART,
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered remanding for reconsideration to the Commissioner, pursuant to Sentence four of 42 U.S.C. Section 405(g).

**E.O.D.**

9-28-05
DATE

INITIALS

September 28, 2005          Scott L. Poff
Date                        Clerk

                            (By) Deputy Clerk

GAS Rev 10/1/03