AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 DEC 28  A 11: 20

CLERK
SO. DIST. OF GA.

JOE W. AGRICOLA

JUDGMENT IN A CIVIL CASE

v.                              CASE NUMBER:   CV204-96

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered December 22, 2005, granting the Plaintiff's application for attorney's fees, counsel for the Plaintiff, CATHERINE DI LORENZO, is hereby awarded FIVE THOUSAND SEVENTY-FIVE DOLLARS AND THIRTY-ONE CENTS ($5,075.31) in fees and ONE HUNDRED FIFTY DOLLARS ($150.00) in costs.

Approved by: _____

December 22, 2005                                Scott L. Poff
Date                                             Clerk

                                                 _____
                                                 (By) Deputy Clerk

GAS Rev 10/1/03